1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH THORNTON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, by and through the LOS ANGELES COUNTY DEPARTMENT OF CHILDREN AND FAMILY SERVICES; DAISY CRUZ, an Individual; CAROL PORRAS, an Individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 16-08482-TJH (AGR)<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL  [44] |

– 1 –
[PROPOSED] ORDER

The Application of Defendants County of Los Angeles, Daisy Cruz, and Carol Porras For Leave to File Documents Under Seal was considered by this Court. The Court finds compelling reasons to allow Defendants to file the documents listed below under seal in conjunction with their Motion for Summary Judgment. The Court also find that the request was narrowly tailored.

**IT IS HEREBY ORDERED** that in the following exhibits to the Declaration of Michael Forman, Esq. in support of Defendants' Motion for Summary Judgment are permitted to be filed under seal:

| | | |
|---|---|---|
| Exhibit 3, in its entirety | Granted: __X__ | Denied: _____ |
| Exhibit 4, in its entirety | Granted: __X__ | Denied: _____ |
| Exhibit 11, in its entirety | Granted: __X__ | Denied: _____ |
| Exhibit 13, in its entirety | Granted: __X__ | Denied: _____ |
| Exhibit 15, in its entirety | Granted: __X__ | Denied: _____ |
| Exhibit 16, in its entirety | Granted: __X__ | Denied: _____ |
| Exhibit 17, in its entirety | Granted: __X__ | Denied: _____ |
| Exhibit 18, in its entirety | Granted: __X__ | Denied: _____ |
| Exhibit 19, in its entirety | Granted: __X__ | Denied: _____ |
| Exhibit 23, in its entirety | Granted: __X__ | Denied: _____ |
| Exhibit 24, in its entirety | Granted: __X__ | Denied: _____ |

**IT IS SO ORDERED.**

DATED: APRIL 8, 2019

_____
Honorable Terry J. Hatter, Jr.