Vincent W. Davis, Esq. (SBN 125399)
Edna V. Wenning, Esq. (SBN 130377)
Law Offices of Vincent W. Davis & Associates
150 North Santa Anita Avenue, Suite 200
Arcadia, California 91006
Telephone: (626) 446-6442
Facsimile: (626) 446-6454
Email: edna@vincentwdavis.com

Attorneys for Plaintiff
KEITH THORNTON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH THORNTON,<br><br>　　　　Plaintiff<br><br>vs.<br><br>COUNTY OF LOS ANGELES, by and through the LOS ANGELES COUNTY DEPARTMENT OF CHILDREN AND FAMILY SERVICES; DAISY CRUZ, an individual; CAROL PORRAS an individual; and DOES 1 through 10 inclusive,<br><br>　　　　Defendants. | Case No.: 16-08482-TJH (AGR)<br><br>*[Assigned for all matters to the*<br>***Honorable Judge Terry J. Hatter, Jr.** ]*<br><br>**NOTICE OF SETTLEMENT** |

**TO THE COURT, DEFENDANT, AND DEFENDANT'S ATTORNEYS OF RECORD:**

　　**PLEASE TAKE NOTICE** that a settlement has been reached between plaintiff KEITH THORNTON ("Plaintiff") and defendants COUNTY OF LOS ANGELES,

1

by and through the LOS ANGELES COUNTY DEPARTMENT OF CHILDREN AND FAMILY SERVICES; DAISY CRUZ, an individual; CAROL PORRAS an individual ("Defendants") as to the claims raised in Plaintiff's operative complaint. The parties will file a joint stipulation re: dismissal upon completion of the terms of the settlement.

DATED: July 26, 2019

LAW OFFICES OF VINCENT W DAVIS & ASSOCIATES

*Edna V. Wenning*

Edna V. Wenning, Esq.
Attorney for Plaintiff

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 150 North Santa Anita Avenue, Suite 200, Arcadia, California 91106. On July 30, 2019, I electronically filed the foregoing document **NOTICE OF SETTLEMENT** with the Clerk of the Court by using the CM/ECF system. The participants in this case who are registered CM/ECF users will be served by the CM/ECF system. Participants in this case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction this filing was made.

Executed on July 30, 2019 at Arcadia, California.

/s/ Stephanie Cruz
Stephanie Cruz