David J. Weiss, Esq., SBN 78542
Ketul D. Patel, Esq., SBN 251985
LAW OFFICES OF DAVID J. WEISS
11340 W. Olympic Boulevard, Suite 100
Los Angeles, California 90064
Telephone: (310) 575-9566
Facsimile: (310) 575-9576
Email: patelk@djwlaw.com

Attorneys for Defendants,
COUNTY OF LOS ANGELES,
CAROL PORRAS, and DAISY CRUZ

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH THORNTON, an individual<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, by and through the LOS ANGELES COUNTY DEPARTMENT OF CHILDREN AND FAMILY SERVICES; DAISY CRUZ, an individual; CAROL PORRAS, an individual; and DOES 1 to 10, inclusive,<br><br>Defendants. | CASE NO. 16-08482-TJH-AGR<br><br>**STIPULATION RE: DISMISSAL OF LAWSUIT WITH PREJUDICE, FRCP 41(a)(1)(A)(ii); PROPOSED ORDER** |

**TO THE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD:**

Pursuant to the Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), Plaintiff Keith Thornton, and Defendants County of Los Angeles, on behalf of

itself and Defendants Los Angeles County Department of Children and Family Services, Daisy Cruz and Carol Porras ("Defendants") by and through their counsel, stipulate to dismiss all Defendants with prejudice from the above-captioned action. Each party is to bear his, her or its own costs and attorneys' fees. The parties respectfully request that the Court execute the proposed order submitted concurrently herewith.

**IT IS SO STIPULATED.**

DATED: October 24, 2019         **LAW OFFICES OF VINCENT W. DAVIS**

*/s/ Edna Wennings*

---
Vincent W. Davis
Edna Wennings
Attorney for Plaintiff,
KEITH THORNTON

DATED: October 24, 2019         **DAVID WEISS LAW**

*/s/ Ketul D. Patel*

---
David J. Weiss, Esq.
Ketul D. Patel, Esq.
Attorneys for Defendants,
COUNTY OF LOS ANGELES,
CAROL PORRAS, and DAISY CRUZ

I, Ketul D. Patel, attest that the signatures of all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.