**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEITH THORNTON, an individual<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, by and through the LOS ANGELES COUNTY DEPARTMENT OF CHILDREN AND FAMILY SERVICES; DAISY CRUZ, an individual; CAROL PORRAS, an individual; and DOES 1 to 10, inclusive,<br><br>Defendants. | **CASE NO. 16-08482-TJH-AGRx**<br><br>**ORDER RE: DISMISSAL OF LAWSUIT WITH PREJUDICE, FRCP 41(a)(1)(A)(ii) [JS-6]** |

**TO ALL PARTIES, AND ATTORNEYS OF RECORD**:

///

///

///

///

///

///

– 1 –

ORDER RE: DISMISSAL

1    GOOD CAUSE APPEARING to dismiss all defendants pursuant to the stipulation

2    filed by the parties pursuant to FRCP Rule 41(a)(1)(A)(ii),

3        IT IS HEREBY ORDERED that Case No. 16-08482-TJH-AGR be

4    dismissed, with prejudice, as to all defendants, including Defendants Los Angeles

5    County Department of Children and Family Services, Daisy Cruz and Carol Porras.

6    Each party is to bear his, her or its own costs and attorneys' fees.

7

8    DATED: November 12, 2019        _____

9                                    HON. TERRY J. HATTER, JR.
                                     U. S. DISTRICT JUDGE
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

– 2 –

ORDER RE: DISMISSAL